UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| PATRICIA KENNEDY, individually, | : |
| | : Case No.: 2:16-cv-00615-UA-MRM |
| Plaintiff, | : |
| v. | : |
| | : |
| REG8 BERKSHIRE COMMONS, LLC, a | : |
| Foreign Limited Liability Company, | : |
| | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08, Plaintiff hereby notifies the Court that the parties have reached an agreement on the settlement of this matter. Once settlement documents have been finalized and executed, a voluntary dismissal will be filed.

Date: October 26, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2016, I electronically filed this foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF and via e-mail.

**THOMAS B. BACON, P.A.**
*Attorneys for Plaintiff*
644 North McDonald St.
Mount Dora, FL 32757
ph. (561) 866-2912

/s/ Andrew C. Enfield

Andrew C. Enfield, Esq.
Fla. Bar No. 91045
enfield@thomasbaconlaw.com
Thomas B. Bacon, Esq.
Fla. Bar No. 139262
tbb@thomasbaconlaw.com