```
             UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF FLORIDA
                 FORT MYERS DIVISION
```

PATRICIA KENNEDY, individually,

    Plaintiff,

v.                          Case No: 2:16-cv-615-FtM-99MRM

REG8 BERKSHIRE COMMONS, LLC,
a foreign limited liability company,

    Defendant.

### ORDER

This matter comes before the Court on plaintiff's Notice of Settlement (Doc. #19), filed on October 26, 2016. Plaintiff indicates that the parties have reached a settlement in the case, and she anticipates filing a voluntary dismissal upon finalization.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the case is hereby **DISMISSED**, without prejudice and subject to the right of the parties, within **THIRTY (30) DAYS** of the date hereof, to submit a stipulated form of final order or judgment, **or** request an extension of time should they so choose, **or** for any party to move to reopen the action, *upon good cause being shown*. After that **THIRTY (30) DAY** period, however, without further notice or order, this dismissal shall be deemed *with prejudice* and judgment will be entered. The Clerk is

**directed** to terminate any previously scheduled deadlines and pending motions, and administratively close the case pending further Order.

   **DONE and ORDERED** at Fort Myers, Florida, this ___27th___ day of October, 2016.

                                         _____
                                         JOHN E. STEELE
                                         SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record